UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:11-CR-33 |
| | ) | |
| JAMES MARSHALL WOLFE | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated June 2, 2011. [Doc. 13]. The Magistrate Judge recommends that the defendant's motion to suppress evidence seized during a search of his residence on March 31, 2011, be denied.

The defendant has filed an objection to this report asserting various legal conclusions without any supporting authority. [Doc. 21].

After careful *de novo* consideration of the Report and Recommendation and supplemental Reports and Recommendations of the United States Magistrate Judge, the defendant's objection to the Report and Recommendation, the defendant's motion to suppress, the response of the government, and for the reasons set out in the Report and Recommendation which are incorporated by

reference herein, it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress is **DENIED.** [Doc. 8].

The defendant's request for oral argument in his objection is likewise **DENIED**.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE